**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6670**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

BILLY CAMPBELL HARDING,

              Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:02-cr-00381-WDQ-3; 1:09-cv-00733-WDQ)

Submitted: July 23, 2009         Decided: July 30, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Billy Campbell Harding, Appellant Pro Se. James G. Warwick, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Campbell Harding appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See United States v. Harding, No. 1:02-cr-00381-WDQ-3 (D. Md. filed Mar. 31, 2009; entered Apr. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED